**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**KNOXVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:13-CR-174** |
| | ) | **JUDGE THAPAR** |
| **BRIAN MOSHER,** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |

**JOINT MOTION TO ACCEPT WRITTEN STATUS REPORT**
**IN LIEU OF APPEARANCE AND TO SCHEDULE THE STATUS**
**CONFERENCE FOR JUNE 24, 2015**

The United States and Defendant Mosher, both through counsel, jointly move the Court to accept the following status report in lieu of an appearance.

1. The status of this matter remains unchanged from August 25, 2014, at which time the Court directed the parties to submit by January 30, 2015, a joint status report suggesting a new date for a status conference in this matter. (R. 18).

2. Due to this status report, neither party is requesting the Court to schedule a sentencing date in this case at this time.

3. The parties respectfully move the Court to enter an Order directing the parties to submit a revised joint status report suggesting a new date for the status conference by Wednesday, June 24, 2015.

Respectfully submitted this 27th day of January, 2015.

                WILLIAM C. KILLIAN
                UNITED STATES ATTORNEY

                *s/F.M. (Trey) Hamilton III*
BY:            _____

                F.M. (Trey) Hamilton III
                David P. Lewen, Jr.
                Counsel for the United States
                Assistant United States Attorneys
                800 Market Street, Suite 211
                Knoxville, Tennessee 37902
                Telephone: (865) 545-4167


                *s/Steven M. Kowal (by FMH with permission)*
BY:            _____

                Steven M. Kowal
                Lauren Norris
                K&L Gates LLP
                70 West Madison Street, Ste. 3100
                Chicago, Illinois 60602-4207
                Telephone: (312) 807-4430